IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DINA BAYAZEED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TERRI ROBINSON, *et al.*, | § | Case No. 3:24-CV-0220-B |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Defendants' motion to dismiss for failure to state a claim upon which relief can be granted. (Dkt. No. 10).

**SO ORDERED**, this 13th day of February, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE